**Order entered January 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00931-CV

**CHERYL JOHNSON A/K/A CHERYL ANGRUM, Appellant**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03356-E**

## ORDER

Before the Court is appellant's January 13, 2017 unopposed second motion to extend time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's brief shall be filed by Monday, January 23, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
          JUSTICE